Kyle Tisdel, NM Bar No. 152173 (*pro hac vice pending*)
Western Environmental Law Center
208 Paseo del Pueblo Sur, Unit 602
Taos, NM 87571
(575) 613-8050
tisdel@westernlaw.org

Melissa Hornbein, MT Bar No. 9694 (*pro hac vice pending*)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
(406) 708-3058
hornbein@westernlaw.org

*Counsel for Center for Biological Diversity, Dakota Resource Council, and Western Organization of Resource Councils*

Michael Freeman, CO Bar No. 30007 (*pro hac vice pending*)
Thomas Delehanty, CO Bar No. 51887 (*pro hac vice pending*)
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9615
mfreeman@earthjustice.org
tdelehanty@earthjustice.org

*Counsel for Sierra Club*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| State of North Dakota, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:21-cv-00148-DMT-CRH |
| | ) |
| United States Department of Interior, *et. al*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |
| Center for Biological Diversity, Dakota Resource Council, Sierra Club, and Western Organization of Resource Councils, | ) ) ) |
| | ) |
| Proposed Intervenors. | ) |

**CONSERVATION GROUPS' UNOPPOSED MOTION TO INTERVENE**

The Center for Biological Diversity, Dakota Resource Council, the Sierra Club, and Western Organization of Resource Councils (collectively, the "Conservation Groups") respectfully move under Federal Rule of Civil Procedure 24 to intervene as defendants in this action. A memorandum in support of this motion is filed contemporaneously with the motion.

Counsel for the Conservation Groups have conferred with Plaintiffs and the Federal Defendants about this motion. Plaintiffs do not oppose this motion on the condition that the Conservation Groups do not seek an extension of the September 20, 2021 deadline to respond to Plaintiffs' motion for mandamus relief, ECF No. 5. The Federal Defendants take no position.

Respectfully submitted this 17th day of September, 2021,

/s/ Kyle Tisdel
Kyle Tisdel (*pro hac vice* pending)
Western Environmental Law Center
208 Paseo del Pueblo Sur, Unit 602
Taos, NM 87571
(575) 613-8050
tisdel@westernlaw.org

/s/ Melissa Hornbein
Melissa Hornbein (*pro hac vice* pending)
Western Environmental Law Center
103 Reader's Alley
Helena, MT 59601
(406) 708-3058
hornbein@westernlaw.org

*Counsel for Center for Biological Diversity, Dakota Resource Council, and Western Organization of Resource Councils*

/s/ Michael Freeman
Michael Freeman (*pro hac vice* pending)
Earthjustice

633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9615
mfreeman@earthjustice.org


*/s/ Thomas Delehanty*
Thomas Delehanty (*pro hac vice* pending)
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
(303) 996-9628
tdelehanty@earthjustice.org

*Counsel for Sierra Club*

## CERTIFICATE OF SERVICE

I certify that on this 17th day of September, 2021, I electronically filed the foregoing **CONSERVATION GROUPS' UNOPPOSED MOTION TO INTERVENE** with the Clerk of the U.S. District Court for the District of North Dakota and served all parties using the CM/ECF system.

*s/ Michael S. Freeman*