## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| STATE OF NORTH DAKOTA, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING UNOPPOSED** |
| | ) | **MOTION FOR STAY OF CASE** |
| vs. | ) | **DEADLINES** |
| | ) | |
| THE UNITED STATES DEPARTMENT OF | ) | |
| INTERIOR; DEBRA ANN HAALAND, in her | ) | |
| official capacity as Secretary of Interior; THE | ) | |
| BUREAU OF LAND MANAGEMENT; | ) | |
| NADA CULVER, in her official capacity as | ) | |
| acting Director of the Bureau of Land | ) | Case No. 1:21-cv-148 |
| Management; and JOHN MEHLHOFF, in his | ) | |
| official capacity as the acting Director of the | ) | |
| Montana-Dakotas Bureau of Land Management, | ) | |
| | ) | |
| Defendants. | ) | |

On November 7, 2022, the State of North Dakota ("North Dakota") filed an unopposed Motion for Stay of Case Deadlines. (Doc. No. 57). It seeks an order staying this case and the briefing schedule previously set by the court for a period of sixty days so that it may the evaluate its path forward given Defendants' cancellation of lease sales subsequent to the initiation of this action and the alteration of the preliminary injunction in the Louisiana Action.

For good cause shown, the court **GRANTS** North Dakota's motion (Doc. No. 57) and stays the case and the briefing schedule pending further order. North Dakota shall file a report with the court by January 9, 2023, advising it on the status of its evaluation and how it would prefer to proceed.

1

**IT IS SO ORDERED.**

Dated this 8th day of November, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court