UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

State of North Dakota,

    Plaintiff,

v.       Case No. 1:21-cv-148

United States Department of Interior, et al.,

    Defendants.

---

Clerk's Minutes of Proceedings

| | |
|---|---|
| The Honorable Daniel M. Traynor | Date:   May 29, 2024 |
| Bismarck, North Dakota | Time:   1:30 pm |
| Court Reporter:  Kristen Keegan | Recess  1:50 pm |
| Law Clerk:  Tanner Langley | Clerk:   Roxanne Muffenbier |
| Proceeding:  Status Conference | |

Appearances:

    <u>Attorney for Plaintiff State of North Dakota</u>
    Paul Seby, Special Asst. Attorney General

    Attorney for Defendants U.S. Department of Interior, Debra Ann Harland,
    Bureau of Land Management, Nada Culver, John Mehlhoff and
    <u>Consolidated Defendants Tracy Stone Manning and Sonya Germann</u>
    Michael Sawyer

    <u>Attorney for Intervenor Sierra Club</u>
    Michael Freeman

    <u>Attorneys for Intervenors Center for Biological Diversity, Western Organization of
    Resource Councils and Dakota Resource Council</u>
    None

Counsel note appearances.
Court summarizes purpose of hearing.
Court notes the next two sales are scheduled for 7/16/24 and 10/8/24.
Court and counsel discuss dates for next hearing.
Status Conference will be set on August 20, 21 or 22, 2024 in Bismarck Courtroom 1 before Judge Daniel M. Traynor.
Plaintiff's Motion to Produce is pending at Doc. 149.  Magistrate Judge Hochhalter will rule on the motion.

1

Defendants' Status Report filed at Doc. 155.
Mr. Seby presents argument regarding the defendants' Status Report.
Mr. Sawyer presents argument.
Court in recess.