IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of North Dakota,<br><br>Plaintiff,<br><br>vs.<br><br>The United States Department of Interior et al.,<br><br>Defendants.<br><br>Center for Biological Diversity et al.,<br><br>Defendant-Intervenors. | Case No. 1:21-cv-00148<br>(Lead Case)<br><br>Case No. 1:23-cv-0004<br>(Consolidated Case) |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

[¶ 1]   THIS MATTER comes before the Court on a Motion for Extension of Time to File Motion filed on December 4, 2024, by the State of North Dakota. Doc. No. 169. The State seeks additional time to file a Motion based on the November 4, 2024, Status Conference. Id. The original deadline was today, December 5, 2024. Id. Additional disclosure was made by the Defendants on December 3, 2024. Id. The Defendants do not oppose a one-week extension, but otherwise oppose the Motion. Id. The Defendant-Intervenors oppose the Motion in full. Id.

[¶ 2]   Under the circumstances, the Court finds that good cause exists to extend the deadline to file. Accordingly, the Court **GRANTS** North Dakota's motion (Doc. No. 169). North Dakota's deadline to file a motion is extended to January 31, 2025. The Defendants' and Defendant-Intervenors' deadline to file a Response is extended to February 28, 2025.

- 2 -

[¶ 3]   **IT IS SO ORDERED**.

DATED December 5, 2024.

                                                Daniel M. Traynor, District Judge
                                                United States District Court