IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| State of North Dakota, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER LIFTING STAY AND FOR** |
| The United States Department of the Interior; Doug Burgum, in his official capacity as Secretary of the Interior; The Bureau of Land Management; Jon Raby, exercising the delegated authority of the Director of the Bureau of Land Management; and Sonya Germann, in her official capacity as the Director of the Montana-Dakotas Bureau of Land Management, | ) | **PROPOSED DEADLINES** |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Center for Biological Diversity; Sierra Club; Western Organization of Resource Councils; and Dakota Resource Council, | ) | Case No.: 1:21-cv-00148 |
| | ) | |
| Intervenor-Defendants. | ) | |

On October 7, 2025, Defendants filed a *Motion for Extension of Time and to Stay Deadlines*. (Doc. No. 195). Therein, Defendants advised that a response to Plaintiff's Motion to Compel Compliance with Preliminary Injunction and Subsequent Orders Regarding Status Reports, was due by October 10, 2025. On September 30, 2025, appropriations funding the Department of Justice lapsed, resulting in Department of Justice attorneys and employees of the Federal Defendants being prohibited from working, except in limited circumstances. Accordingly, Defendants requested a stay of the deadline to respond to the Motion to Compel Compliance with Preliminary Injunction and Subsequent Orders Regarding Status Reports, until appropriations

were restored. Defendants advised that if the motion were granted, counsel would notify the Court as soon as funds were appropriated to the Department and requested that all current deadlines be extended to commensurate with the duration of the lapse in appropriations.

On October 8, 2025, the court granted Defendants' motion and directed that Defendants' deadline to file a response to the Motion to Compel Compliance with Preliminary Injunction and Subsequent Orders Regarding Status Reports be stayed pending further motion or order of the court. To date, the Defendants have not advised the court that appropriations have been allocated. However, upon the passage of a continuing resolution on November 11, 2025, funds were reappropriated to the Department of Justice.

Based on the lack of notification from Defendants and the court's knowledge that funds have been appropriated, the court shall lift the stay. The parties shall submit any proposed extension of deadlines to the court by March 16, 2026.

**IT IS SO ORDERED.**

Dated this 10th day of March, 2026.

>*/s/ Clare R. Hochhalter*
>Clare R. Hochhalter, Magistrate Judge
>United States District Court